IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR 6 -1 |
| | : | |
| KENNETH LAVON ELDER | : | |

The Grand Jury charges:

1. At all times material to this Indictment, Walmart, located at 3475 Park Village Circle in Winston-Salem, North Carolina, was engaged as a retail store business, and industry which affects interstate and foreign commerce.

2. On or about June 1, 2023, in the County of Forsyth, in the Middle District of North Carolina, KENNETH LAVON ELDER did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that KENNETH LAVON ELDER did knowingly and unlawfully take and obtain property, consisting of a television, belonging to Walmart, located at 3475 Park Village Circle in Winston-Salem, North Carolina, from the possession of employees of the said business against their

will by means of actual and threatened force, violence, and fear of injury, to their persons; in violation of Title 18, United States Code, Section 1951(a).

DATED: January 16, 2024

SANDRA J. HAIRSTON
United States Attorney

*/s/ Lindsey A. Freeman*

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON